BENJAMIN KNOBEL and Others, Respondents, v. EMANON REALTY CORPORATION and Others, Appellants.— Order unanimously affirmed, with twenty dollars

costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.